No. 92–8827.  STOUFFER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 92–8831.  ISBY v. WRIGHT, SUPERINTENDENT, MAXIMUM CONTROL COMPLEX, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–8834.  YOUNG v. HOFFMAN.  C. A. 2d Cir.  Certiorari denied.

No. 92–8843.  POWELL v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–8845.  BROOKS v. GRAMLEY, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–8846.  SCOTT v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 92–8847.  WATTS v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 92–8849.  BARBER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 92–8850.  BARKLEY v. OREGON.  Sup. Ct. Ore.  Certiorari denied.

No. 92–8851.  SHEEHAN v. BEYER.  C. A. 3d Cir.  Certiorari denied.

No. 92–8853.  FITE v. CANTRELL ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 92–8855.  MUNIZ v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 92–8856.  GEIGER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 92–8860.  REEDOM v. KHVN RADIO ET AL.  C. A. 5th Cir. Certiorari denied.

No. 92–8862.  NEWTOP v. SAN FRANCISCO COUNTY SUPERIOR COURT.  Sup. Ct. Cal.  Certiorari denied.

No. 92–8863.  NEWTOP v. SAN FRANCISCO COUNTY SUPERIOR COURT.  Sup. Ct. Cal.  Certiorari denied.